ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Lamonte Johnson
_____
_____
Plaintiff,

[Insert full name of plaintiff/prisoner]

-against-

_____
_____
Warden, Heriberto Tellez,
_____
_____
Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

RECEIVED JUL 23 2021 PRO SE OFFICE
rec'd 7/27/2021- JT

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

JURY DEMAND
YES ✓   NO ___

I.  Parties: (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff  Lamonte Johnson

If you are incarcerated, provide the name of the facility and address:

MDC-Building, P.O. Box #329002, Brooklyn, New York 11232

Prisoner ID Number: 83878-053

1

If you are not incarcerated, provide your current address:

_____
_____
_____

Telephone Number: _____

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

Heriberto Tellez
Full Name

[Warden]
Job Title

P.O. Box #329002, BKlyn, N.Y. 11232
Address

Defendant No. 2

_____
Full Name

_____
Job Title

_____
_____
Address

Defendant No. 3

_____
Full Name

_____
Job Title

_____

2

Address _____

Defendant No. 4

Full Name _____

Job Title _____

Address _____

Defendant No. 5

Full Name _____

Job Title _____

Address _____

II.  **Statement of Claim:**

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need <u>not</u> give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? MDC-Brooklyn, P.O. Box # 329002, Brooklyn, N.Y. 11232 [See Attachments]

When did the events happen? (include approximate time and date) From 2-17-21 Through Current [See Attachments]

3

Facts: (what happened?)

[See Attachments]
And
incoming-and-outgoing Mail is being violated/tampered with

**II.A. Injuries.** If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

[See Attachments]
And
Psychological and emotional torture, i.e.
Cruel & unusual punishment

4

III.    Relief: State what relief you are seeking if you prevail on your complaint.

A total of (6) Six Million Dollars in Damages. [See Attachments]

Plaintiff filed 'timely' Grievance to warden, Tellez, after not responding; plaintiff filed his Grievance to B.O.P. Director and the Southern District Judge; Colleen McMahon 6-28-21

I declare under penalty of perjury that on __6-28-21__, I delivered this
                                              (date)
complaint to prison authorities at __MDC-Building__ to be mailed to the United
                                    (name of prison)
States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: __6-28-21__          Signature of Plaintiff: __Ramonte Johnson__

Name of Prison Facility or Address if not incarcerated

Address: __MDC-Building, P.O. Box #329002, BKlyn, N.Y. 11232__

Prisoner ID#: __83878-053__

rev. 12/1/2015

5

# INSTRUCTIONS FOR FILING A CIVIL RIGHTS COMPLAINT

Attached is a complaint form for filing an action under 42 U.S.C. § 1983. Observe the following instructions for completing the complaint:

**1. Caption:** It is very important, if possible, that you state the first and last name of each defendant and badge number, if appropriate. <u>You are required to furnish the correct name and address of each person so that service of process upon each defendant can be made</u>.

**2. Contents:** The form should be fully completed. It can be typewritten or handwritten. It must be legible. If you need more space to answer a question, attach a separate sheet of 8 ½ by 11 paper to your complaint. You are required to state <u>facts</u>, such as the date and location of the events. You need not make legal arguments or cite to cases. The complaint must have an <u>original</u> (not photocopied) <u>signature</u> by each plaintiff. The complaint need not be notarized.

**3. Copies:** You must send the Court the original complaint and two exact copies (a complete set of three). You should keep another copy for your records. Copies can be xeroxed, handwritten or typewritten, but all copies must be identical to the original.

**4. Fee:** The filing fee is $402, payable to the Clerk of the Court, USDC, EDNY by certified check, bank check, personal check, money order or cash (if paying in person). If the filing fee is paid, the U.S. Marshal will not be directed to serve the defendants and plaintiff will be responsible for service of process on defendants. Service of the summons and complaint can be made by anyone over the age of 18 who is not a party to the action. See Fed. R. Civ. P. 4. If you are granted *in forma pauperis* status and are a prisoner, the filing fee is $350 and is payable in installments.

**5. Inability to Pay the Fee:** If you cannot pay the fee, you may apply to the Court to proceed *in forma pauperis* (IFP) pursuant to 28 U.S.C § 1915 by completing the attached form. If there is more than one plaintiff, each plaintiff must provide a separate declaration in support of the request to proceed *in forma pauperis*. If you are a prisoner, you must also complete the attached Prisoner Authorization form.

**6. Prison's Grievance Procedures:** Prisoners filing an action in federal court regarding prison conditions must first exhaust administrative procedures (such as the prison's grievance procedures). See 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies before filing your action in federal court.

When you have completed the forms, mail the original and 2 copies to the:

United States District Court
Eastern District of New York
225 Cadman Plaza East, Brooklyn, NY 11201
Attention: Pro Se Office

or

United States District Court
Eastern District of New York
100 Federal Plaza, Central Islip, NY 11722
Attention: Pro Se Office

Keep this page and a copy of the complaint for your records. You may call 718-613-2665 in Brooklyn or 631-712-6060 in Central Islip if you have questions on how to file your complaint.

rev. 12/3/2020

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 Cadman Plaza East
Brooklyn, New York 11201
(718) 613-2665

**DOUGLAS C. PALMER**
Clerk of Court

Lamonte Johnson  ID: 83878053
Metropolitan Detention Center
PO Box 329002
Brooklyn, NY 11232

Date: 6/17/2021

**Docket Number:** 21 CV 03361(KAM)( LB)   (include this number on all papers submitted to the Court)

Dear Litigant:

The Clerk's Office received the enclosed papers on 6/15/2021. A docket number has been assigned to your submission. The papers are deficient for one or more of the following reasons checked below. Please read this list carefully to correct any mistakes or omissions in your papers. If you decide to proceed with your action, you must return the enclosed papers **WITHIN 14 DAYS FROM THE DATE OF THIS LETTER.** If you do not comply, your case will not proceed and may be dismissed.

- ☐ Papers, including complaints, petitions, motions or any other document, cannot be filed without an <u>original signature</u> pursuant to Rule 11 of the Federal Rules of Civil Procedure. Your original signature is needed wherever an "X" appears.

- ☐ A total fee of $402 (consisting of $350 civil action filing fee and a $52 administrative fee) [in cash, if submitted in person] or by certified check or money order made payable to the Clerk of Court, U.S.D.C.,E.D.N.Y., is required in order to commence a civil action other than an application for a writ of habeas corpus or a motion under 28 U.S.C. § 2255 - **or** - you may request to waive the $350 filing fee by completing an IFP application pursuant to 28 U.S.C. § 1915. (Note: the $50 administrative fee does not apply where IFP is granted.) If you are a prisoner, you must <u>also</u> complete the Prisoner Authorization form along with the IFP application. An IFP application and/or Prisoner Authorization form is enclosed.

- ☐ Each plaintiff named in the caption must <u>sign</u> the complaint and each plaintiff must complete a separate IFP application and/or Prisoner Authorization form, if applicable. An IFP application and/or Prisoner Authorization form for each plaintiff named in the caption is enclosed.

- ☑ Your IFP application does not contain enough information for the Court to consider your request. Please complete the enclosed IFP application. If you are presently incarcerated, please complete the enclosed Prisoner Authorization form as well as the IFP application.

- ☑ Other: Complete and sign Prisoner's Civil Rights Complaint Form.

Sincerely,

Brenna B. Mahoney
Chief Deputy

Enclosure(s)
rev. 12/03/20